■ CAYMAN MUSIC, INC. v MARLEY.—Motion for resettlement granted to the extent of amending the decretal paragraph of this court's order entered on March 2, 1989 (148 AD2d 306) to reflect that the appeal from the order, Supreme Court, New York County, entered on or about August 29, 1988, is dismissed as moot, without costs and without disbursements, and without prejudice to a separate plenary action. Resettled order signed and filed. Concur—Murphy, P. J., Sullivan, Asch, Kassal and Wallach, JJ.

■ In the Matter of WILLIAM J. HUST, III, Admitted as WILLIAM JAMES HUST, III, an Attorney.—Motion to confirm report granted, as indicated, and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective April 25, 1989. Concur—Sullivan, J. P., Milonas, Kassal, Ellerin and Smith, JJ.